# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ORLANDO COMMUNICATIONS LLC,**

      **Plaintiff,**

**v.**                                                 **Case No:   6:14-cv-1022-Orl-22KRS**

**SPRINT SPECTRUM, L.P. and SPRINT CORPORATION,**

      **Defendants.**

## ORDER

This cause is before the Court on Kyocera Communications, Inc.'s Motion for Attorneys' Fees (Doc. No. 82) filed on April 13, 2015.

The United States Magistrate Judge has submitted a report recommending that the Motion be DENIED.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed July 27, 2015 (Doc. No. 85), is ADOPTED and CONFIRMED and made a part of this Order.

2. Kyocera Communications, Inc.'s Motion for Attorneys' Fees is hereby DENIED.

**DONE** and **ORDERED** in Orlando, Florida on August 14, 2015.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties